Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Erin Gettel
Assistant Federal Public Defender
Nevada State Bar No. 13877
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577
Erin_Gettel@fd.org

Attorney for Andress M. Cotero

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>v.<br><br>Andress M. Cotero,<br><br>        Defendant. | Case No. 2:17-cr-00376-RFB-CWH<br><br>**Stipulation to Continue Revocation Hearing (First Request)** |

The parties jointly request that the Court vacate the revocation hearing currently set for June 25, 2019, and continue it for at least 90 days for these reasons:

    1.    On June 10, 2019, Mr. Cotero made his initial appearance on the petition to revoke his supervised release. ECF No. 16.

    2.    On that same date, Mr. Cotero made his initial appearance on the indictment in Case No. 2:19-cr-00141-RFB-CWH.

    3.    Defense counsel needs additional time to review the discovery and to prepare for a contested revocation hearing if the parties cannot reach a global resolution.

4. Mr. Cotero is in custody and agrees to the continuance.

DATED: June 22, 2019.

| | |
|---|---|
| Rene L. Valladares<br>Federal Public Defender | Nicholas A. Trutanich<br>United States Attorney |
| By */s/ Erin Gettel*<br>Erin Gettel<br>Assistant Federal Public Defender | By */s/ Allison Reese*<br>Allison Reese<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br> v.<br><br>Andress M. Cotero,<br><br>   Defendant. | Case No. 2:17-cr-00376-RFB-CWH<br><br>**Order Granting First Stipulation to Continue Revocation Hearing** |

  Based on the stipulation of counsel, the Court finds that good cause exists to continue the currently scheduled revocation hearing for at least 90 days.

  IT IS THEREFORE ORDERED that the revocation hearing scheduled for June 25, 2019, at 1:30 p.m. is vacated and continued to  October 3, 2019  at  1 : 30  p .m.

  DATED: June  23 , 2019.

                    RICHARD F. BOULWARE, II
                    UNITED STATES DISTRICT JUDGE