RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Keisha_Matthews@fd.org

Attorney for Andress M. Cotero

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>ANDRESS M. COTERO,<br><br>          <u>Defendant.</u> | Case No. 2:17-cr-00376-RFB-CWH<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Allison Reese, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Andress M. Cotero, that the Revocation Hearing currently scheduled on September 7, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1. Mr. Cotero has a pending new crime allegation at the state.
2. The parties need additional time to engage in negotiations for a potential joint recommendation.
3. The defendant is in custody and agrees with the need for the continuance.

1  4.  The parties agree to the continuance.

2  This is the first request for a continuance of the revocation hearing.

3  DATED this 5th day of September, 2023.

| RENE L. VALLADARES | JASON M. FRIERSON |
|---|---|
| Federal Public Defender | United States Attorney |
| | |
| By *Isl Keisha K. Matthews* | By *Isl Allison Reese* |
| KEISHA K. MATTHEWS | ALLISON REESE |
| Assistant Federal Public Defender | Assistant United States Attorney |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDRESS M. COTERO,<br><br>Defendant. | Case No. 2:17-cr-00376-RFB-CWH<br><br>& Case No. 2:19-cr-00141-RFB-DJA<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Thursday, 9/7/2023 is VACATED and reset for December 7th, 2023 at 8:30 am.

Dated this the 6th day of September, 2023.



_____
UNITED STATES DISTRICT WDGE