# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

ANDRESS M. COTERO,

      Defendant.

Case No. 2:17-cr-00376-RFB-CWH

& Case No. 2:19-cr-00141-RFB-DJA

**ORDER**

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Thursday, 9/7/2023 is VACATED and reset for December 7th, 2023 at 8:30 am.

    Dated this the 6th day of September, 2023.



_____

UNITED STATES DISTRICT WDGE